UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY FELICIE,

                Plaintiff,

-against-

LETITIA JAMES STATE ATTORNEY GENERAL; CHELSEA JOHN DIVISION OF HUMAN RIGHTS REGIONAL DIRECTOR; LATASHA BROWN SUPREME COURT CLERK,

                Defendants.

24-CV-7446 (KMW)

ORDER OF DISMISSAL

KIMBA M. WOOD, United States District Judge:

      By Order dated May 19, 2025, the Court dismissed Plaintiff's complaint with 30 days' leave to replead his claims in an amended complaint. (ECF No. 6.) That Order stated that failure to comply would result in dismissal of the action. Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated:   July 29, 2025
          New York, New York

                                              /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                          United States District Judge