UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOBBY FELICIE,<br><br>                                Plaintiff,<br><br>             -against-<br><br>LETITIA JAMES STATE ATTORNEY GENERAL; CHELSEA JOHN DIVISION OF HUMAN RIGHTS REGIONAL DIRECTOR; LATASHA BROWN SUPREME COURT CLERK,<br><br>                                Defendants. | 24-cv-7446 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 29, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 1, 2025
             New York, New York

                                                            /s/ Kimba M. Wood
                                                            KIMBA M. WOOD
                                                            United States District Judge